■ In the Matter of the Construction of the Will of CHARLES BURACK, Deceased. BENJAMIN BURACK, Appellant; ANNIE SIEGEL, Individually and as Trustee of CHARLES BURACK, Deceased, et al., Respondents.— Appeal from a decree of the Surrogate's Court, Kings County, which construes the provisions of paragraph " Fourteenth " of the testator's last will and testament to constitute a valid trust of personal property and that said trust is an active rather than a passive trust. Decree unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of JOSEPH J. CORCORAN, Petitioner, against NEW YORK STATE LIQUOR AUTHORITY et al., Respondents.— This proceeding to review a determination made by respondents suspending petitioner's restaurant liquor license for 10 days for violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law in that he suffered or permitted gambling on the licensed premises has been transferred to this court. (Civ. Prac. Act, § 1296.) Determination confirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta and Hallinan, JJ., concur; Murphy and Kleinfeld, JJ., dissent and vote to annul the determination and to remit the matter to the respondents for further proceedings not inconsistent with the following memorandum: There was not sufficient proof that the petitioner permitted gambling on the premises. He was not present when the incidents testified to by the officers took place. Although the dismissal of the book-making charge in the Magistrate's Court is not binding on the respondents, it should be considered where the issue is close, as here. The petitioner's establishment is a neighborhood place and the suspension of his license is a reflection on him and his place of business.

■ In the Matter of ALFRED MINIKINO, Appellant. DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK, CHILDREN'S COURT DIVISION, KINGS COUNTY, Respondent.— Appeal from (1) a judgment of the Domestic Relations Court of the City of New York, Children's Court Division, County of Kings, rendered April 26, 1956 (designated in the notice of appeal as a judgment and order), adjudging appellant to be a delinquent child, and (2) from an order of said court dated June 15, 1956 denying appellant's motion to vacate and set aside the decision and judgment of delinquency. For the purpose of this appeal only, it is assumed that the order dated June 15, 1956 is properly before this court (New York City Dom. Rel. Ct. Act, § 58). Judgment and order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ EDWARD G. MCDONNELL RIGGING Co., INC., Appellant, v. DREIER STRUCTURAL STEEL Co., INC., Respondent.— In an action to recover damages for an alleged breach of warranty and negligence, the appeal is from an order granting respondent's motion for an examination before trial of a witness on the ground that special circumstances render the examination proper under section 288 of the Civil Practice Act. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.